# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00269-CV

Texas Department of Health, Eduardo Sanchez, and Richard Bays, Appellants

v.

Geraldine Harris, Appellee

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. GN101397, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties announce that they have settled their dispute and jointly move this Court to dismiss this case. We grant their motion and dismiss this case.

Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Dismissed on Agreed Motion

Filed: June 9, 2005